AO 121

| To: | **Mail Stop 8**<br>**Director of Patents and Trademarks**<br>**PO BOX 1450**<br>**Alexandria VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court** <u>**for the District of Utah**</u> on the following ☐ Patents ☒ Trademarks:

| DOCKET NO.<br>2:09-cv-1043 PMW | DATE FILED<br>11/23/09 | U.S. DISTRICT COURT<br>**Central District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| **Dazzlesmile**<br>**Optimal Health Science** | **Epic Advertising**<br>**Azoogleads**<br>**Farend Services Limited et al** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** 5.785.957 | 7/28/98 | Dazzlesmile |
| **2** 6.149.211 | 11/21/00 | Dazzlesmile |
| **3** | | |
| **4** | | |
| **5** | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** | | |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION :  1) Upon initiation of action mail copy to Commissioner & lodge a copy in the file   2) Upon filing of document adding copyright(s), mail copy to Commissioner & lodge a copy in the file   3) Upon termination of action, mail copy to Registrar of Copyrights & lodge a copy in the file.