# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| DAZZLESMILE, LLC, a Utah limited liability company, and OPTIMAL HEALTH SCIENCE, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br>v.<br><br>EPIC ADVERTISING, INC., a purported Delaware corporation a/k/a AZOOGLE.COM, INC. a/k/a AZOOGLEADS US INC., and a/k/a EPIC/AZOOGLE; AZOOGLE.COM, INC., a Delaware corporation; AZOOGLEADS US, INC., a non-public Delaware corporation; FAREND SERVICE LIMITED, a Cyprus registered company; JESSE DAVID WILLMS, an individual; 1021018 ALBERTA LTD, a numbered Alberta Canadian corporation a/k/a JUST THINK MEDIA; ATLAST HOLDINGS, INC., a Colorado corporation, d/b/a ATLAST FULFILLMENT; GOOGLE, INC., a Delaware corporation, YAHOO! INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; and DOES 1-10;<br><br>Defendants. | **ORDER FOR PRO HAC VICE ADMISSION**<br><br>**Case No. 2:09cv1043**<br><br>**Magistrate Judge Paul M. Warner** |

It appearing to the court that Petitioner meets the pro hac vice admission requirements of

DUCivR 83-1.1(d), the motion for the admission pro hac vice of Howard S. Michael in the United States District Court, District of Utah in the subject case is **GRANTED**.

    **IT IS SO ORDERED.**

    DATED this 15th day of April, 2010.

                                      BY THE COURT:

                                      PAUL M. WARNER
                                      United States Magistrate Judge