MANNING CURTIS BRADSHAW
    & BEDNAR LLC
Sammi V. Anderson, #9543
170 South Main Street, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

*Attorney for Defendants*
*1021018 Alberta Ltd, Just Think Media*
*and Jesse Willms*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAZZLESMILE, LLC, a Utah limited liability company, and OPTIMAL HEALTH SCIENCE, LLC, a Utah limited liability company,<br><br>                Plaintiffs,<br><br>v.<br><br>EPIC ADVERTISING, INC., a purported Delaware corporation AKA ZOOGLE.COM,INC., AKA AZOOGLEADS US INC., and AKA EPIC/AZOOGLE; AZOOGLE.COM, INC., a Delaware corporation; ZOOGLEADS US, INC., a non-public Delaware corporation; FAREND SERVICES LIMITED, a Cyprus registered company; JESSE DAVID WILLMS, an individual;1021018 ALBERTA LTD, a Numbered Alberta Canadian Corporation AKA JUST THINK MEDIA; ATLAST HOLDINGS, INC., a Colorado corporation, d/b/a ATLAST FULFILLMENT; GOOGLE, INC., a Delaware corporation, YAHOO! INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; and DOES 1-10,<br><br>                Defendants. | **NOTICE OF APPEARANCE OF SAMMI V. ANDERSON**<br><br>Case No. 2:09-cv-1043 |

Sammi V. Anderson of Manning Curtis Bradshaw & Bednar LLC hereby enters an appearance on behalf of Defendants Jesse David Willms, Farend Services Limited and 1021018 Albert Ltd. in the above-referenced case. Please forward any future notices, documents or requests for information to the following:

Sammi V. Anderson
Manning Curtis Bradshaw & Bednar LLC
170 South Main Street, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

DATED this 19th day of April, 2010.

MANNING CURTIS BRADSHAW & BEDNAR LLC


 /s/  Sammi V. Anderson
_____

Sammi V. Anderson
*Attorney for Defendants*
*1021018 Alberta Ltd, Just Think Media*
*and Jesse Willms*