MANNING CURTIS BRADSHAW
    & BEDNAR LLC
Sammi V. Anderson, #9543
170 South Main Street, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

*Attorney for Defendants*
*1021018 Alberta Ltd, Just Think Media*
*and Jesse Willms*

IN THE UNITED STATES DISTRICT COURT<br>DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| DAZZLESMILE, LLC, a Utah limited liability company, and OPTIMAL HEALTH SCIENCE, LLC, a Utah limited liability company,<br><br>        Plaintiffs,<br><br>        v.<br><br>EPIC ADVERTISING, INC., a purported Delaware corporation AKA AZOOGLE.COM, INC., AKA AZOOGLEADS US INC., and AKA EPIC/AZOOGLE; AZOOGLE.COM, INC., a Delaware corporation; AZOOGLEADS US, INC., a non-public Delaware corporation; FAREND SERVICES LIMITED, a Cyprus registered company; JESSE DAVID WILLMS, an individual;1021018 ALBERTA LTD, a Numbered Alberta Canadian Corporation AKA JUST THINK MEDIA; ATLAST HOLDINGS, INC., a Colorado corporation, d/b/a ATLAST FULFILLMENT; GOOGLE, INC., a Delaware corporation, YAHOO! INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; and DOES 1-10,<br><br>        Defendants. | * * * * * * * * * * * * * * * * * * * * * * * * * * | **MOTION FOR PRO HAC VICE ADMISSION AND CONSENT OF LOCAL COUNSEL**<br><br>Case No. 2:09-CV-1043 |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of  Karl S. Kronenberger  as pro hac vice counsel for Defendants 1021018 Alberta Ltd, Just Think Media and Jesse Willms and consent to serve as local counsel.   The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated this 19th day of April, 2010.

                                          MANNING CURTIS BRADSHAW & BEDNAR LLC

                                          /s/  Sammi V. Anderson
                                        _____
                                        Sammi V. Anderson