# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Karl S. Kronenberger    Telephone: (415) 955-1155
Firm Name: Kronenberger Burgoyne. LLP
Business Address: 150 Post Street
Suite 520
San Francisco, CA 94108

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | | |
|---|---|---|---|
| California | 226112 | Admitted on | July 15, 2003 |
| Ohio | 0061807 | Admitted on | Nov. 8, 1993 |
| New York | 4631578 | Admitted on | Sept. 16, 2008 |
| Georgia | 429898 | Admitted on | Nov. 17, 1998 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
__X__ No    ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:    __X__ none

Case Name: _____
Case Number: _____
Admission Date: _____

(Attach list of other cases separately if more space is needed.)

I certify that I am a member in good standing of all bars to which I have been admitted. This certification that the foregoing is true and correct is made under penalty of perjury.

_____    ___April 16, 2010___
Signature    Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.